JOHN CORNELL, *Appellant*, v. EMILY CORNELL, *Appellee*.

En Banc.

Decision Filed November 18, 1924.

An Appeal from a decree of the Circuit Court within and for the County of Palm Beach, C. E. Chillingworth, Judge.

*Kline, Quincey & Rice,* for Appellant;

No appearance for Appellee.

PER CURIAM.—The decree herein granting a divorce on the ground of adultery and awarding alimony, is not sustained by sufficient evidence of adultery as alleged; therefore, the decree is reversed.

WHITFIELD, BROWNE, WEST AND TERRELL, J. J., concur.